Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**AMARJIT SINGH KHINDA, ET AL.,**<br><br>Defendants. | CASE NO. 2:10-cv-02104-WBS-EFB<br><br>**SECOND AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS AMARJIT SINGH KHINDA AND HARDEV KHINDA, individually and d/b/a TEXAS BUFFALO WINGS AND TEXAS BUFFALO WINGS, INC., an unknown business entity, d/b/a TEXAS BUFFALO WINGS** |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants AMARJIT SINGH KHINDA AND HARDEV KHINDA, INDIVIDUALLY and d/b/a TEXAS BUFFALO WINGS AND TEXAS BUFFALO WINGS, INC., an unknown business entity, d/b/a TEXAS BUFFALO WINGS that the above-entitled action is hereby dismissed **without prejudice** against AMARJIT SINGH KHINDA AND HARDEV KHINDA, INDIVIDUALLY and d/b/a TEXAS BUFFALO WINGS AND TEXAS BUFFALO WINGS, INC., an unknown business entity, d/b/a TEXAS BUFFALO WINGS.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 12, 2012, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 12, 2012          *s/ Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By:  Thomas P. Riley
                              Attorneys for Plaintiff
                              JOE HAND PROMOTIONS, INC.

Dated:  June 13, 2012         *s/ Bruce C. Piontkowski*
                              **TINGLEY PIONTKOWSKI, LLP**
                              By: Bruce C. Piontkowski, Esquire
                              Attorney for Defendants AMARJIT SINGH KHINDA
                              AND HARDEV KHINDA, individually
                              and d/b/a TEXAS BUFFALO WINGS and
                              TEXAS BUFFALO WINGS, INC., an unknown
                              business entity, d/b/a TEXAS BUFFALO WINGS

**IT IS SO ORDERED**:

Dated:  June 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**Case No. 2:10-cv-02104-WBS-EFB**
 **PAGE 2**